AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Grant Newman  Telephone: (989) 895-5712
Inspector: Andre Brown  Telephone: (810) 237-3081

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Lukus McGhee

Case: 4:25−mj−30768
Honorable Curtis Ivy, Jr.

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 16, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2114(a) | Robbery of a Letter Carrier |
| 18 U.S.C. § 111(a)(1) | Assualt on a Letter Carrier |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Andre Brown, Postal Inspector U.S.P.I.S.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 18, 2025__

_Judge's signature_

City and state: __Flint, Michigan__

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andre Brown, being first duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am a Postal Inspector with the United States Postal Inspection Service and have been since January 2007. I am currently assigned to the Detroit Division Workplace Violence Team. I am responsible for investigating instances of Assault, Robbery, and Burglary. For my entire career, I have been involved in these types of investigations. I have investigated several cases involving the use of electronic devices. During these investigations, I have used several investigative techniques to identify suspects. I have also attended Agency and other outside trainings on best practices when investigating Assault, Robbery, and Burglary cases.

2. I base this affidavit on my personal investigation and information provided by other sources, including other law enforcement officers and investigations.

3. The information set forth in this affidavit is for the limited purpose of establishing probable cause in support of a criminal complaint alleging that Lukus L. McGhee (DOB: xx/xx/1991), hereinafter referred to as "McGhee," violated 18 U.S.C. § 2114(a) (assault with intent to rob property of the United States) and 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officers or employees).

## II. APPLICABLE LAW

4. 18 U.S.C. § 2114(a): "A person who assaults any person having lawful charge, control, or custody of any mail matter or of any money or other property of the United States, with intent to rob, steal, or purloin such mail matter, money, or other property of the United States, or robs or attempts to rob any such person of mail matter, or of any money, or other property of the United States …"

5. 18 U.S.C. § 111(a)(1): "Whoever … forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties …"

6. 18 U.S.C. § 1114: "Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance …"

## III. PROBABLE CAUSE

7. Victim 1 is a federal letter carrier employed by the United States Postal Service (USPS), was engaged in the performance of her official duties on December 16, 2025, and is a federal employee for the purposes of 18 U.S.C. § 1114.

2

8. On December 16, 2025, at approximately 1:55 p.m., Victim 1 arrived at a residence on Reid Street, Flint, MI 48503, within the Eastern District of Michigan, to deliver mail.

9. Victim 1 was approached by a customer, identified as Lukus Lamar McGhee, who lived at the residence on Reid Street noted in paragraph 7. Victim 1 stated McGhee approached her to ask if she had a check McGhee was expecting. Victim 1 stated she did not have the check after which McGhee became extremely upset. Victim 1 stated McGhee began to attack her. She stated McGhee grabbed her glasses from her face and threw them across the yard. Victim 1 stated McGhee began punching her in the face; she did not know how many times he hit her but stated "it was a lot." Victim 1 stated McGhee took her USPS issued dog spray from her and sprayed her more than once with it. Victim 1 stated McGhee took her USPS issued satchel from her, as well as her wallet and cell phone. Later, inspectors learned that McGhee also took the USPS issued mail scanner that was in Victim 1's possession. According to one witness, McGhee entered Victim 1's USPS vehicle to take some of the previously mentioned items.

10. At approximately 3:00 p.m., inspectors interviewed Witness-1, who was present at a residence on Reid Street, which is located near McGhee's residence. Witness-1 stated they witnessed part of the altercation. Witness-1 saw McGhee kick Victim 1 when Victim 1 had turned away in an attempt to remove herself from the

3

situation. Witness-1 also saw McGhee holding something and pointing it at Victim 1. This is consistent with Victim 1's statement that McGhee accosted her with her USPS issued dog spray. Witness-1 observed McGhee with a dark colored bag with what appeared to be gray stripes. Witness-1 also observed McGhee picking up items and throwing them.

11. At approximately 3:10 p.m., Flint Police arrived on scene and took McGhee into custody. McGhee gave officers permission to enter his residence to retrieve Victim 1's belongings—*i.e.*, Victim 1's wallet. The USPS satchel was discovered in a trash can outside of the garage at McGhee's residence. The USPS scanner was located on the porch of a different residence on Reid Street, which is located near McGhee's residence. During a discussion with Flint PD personnel, McGhee admitted to striking Victim 1.

12. Inspectors spoke with Witness-2, who was at the residence on Reid Street where Victim-1's USPS scanner was found. Witness-2 stated around 2:30 p.m. they heard something hit their front door. It was later discovered that the item was the USPS scanner. Witness-2's Ring video camera recorded McGhee throwing the scanner at her door.

13. As a matter of record and through various sources of information, I learned McGhee has the following prior felony convictions:

    a. 2008 – armed robbery (three counts); unlawful imprisonment (three counts); and felony firearm (Genesee County Circuit Court).

4

  b. 2014 – prisoner possessing weapons (Lenawee County Circuit Court).

## IV. CONCLUSION

14. Based on the foregoing, probable cause exists that on or about December 16, 2025, in the Eastern District of Michigan, Lukus L. McGhee violated 18 U.S.C. § 2114(a) (assault with intent to rob property of the United States) and 18 U.S.C. § 111(a)(1) (assaulting, resisting, or impeding certain officers or employees).

_____
Andre D. Brown
Special Agent, USPS-OIG

Subscribed and sworn before me
via telephone after submission
by reliable electronic means.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

Dated: December 18, 2025

5