UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUKUS MCGHEE,<br><br>    Defendant. | Case: 4:26-cr-20017<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 01-14-2026<br><br><u>Violations:</u><br>18 U.S.C. § 2114(a)<br>18 U.S.C. § 111(a)(1), (b) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2114(a)
*Assault with Intent to Rob Mail, Money, or Other Property of the United States*

On or about December 16, 2025, in the Eastern District of Michigan, the defendant, LUKUS MCGHEE, assaulted Victim 1, a United States Postal Service employee, having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal, and purloin said mail matter, money, and other property of the United States, and did rob, steal, and purloin said mail matter, money, and other property of the United States, in violation of Title 18, United States Code, Section 2114(a).

1

## COUNT TWO
## 18 U.S.C. § 111(a)(1), (b)
*Assaulting, Resisting, or Impeding Certain Officers or Employees*

On or about December 16, 2025, in the Eastern District of Michigan, the defendant, LUKUS MCGHEE, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, specifically, Victim 1, a United States Postal Service employee, who was engaged in and on account of the performance of official duties, and where the acts in violation of this section involved physical contact with Victim 1 and the infliction of bodily injury on Victim 1, in violation of Title 18, United States Code, Section 111(a)(1), (b).

Dated: January 14, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, MI 48502
(810) 766-5177
Anthony.Vance@usdoj.gov
P61148

*s/Grant Newman*
GRANT NEWMAN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
Grant.Newman@usdoj.gov
P79799

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☒ No

Case: 4:26-cr-20017
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-14-2026

**Case Title:** USA v. Lukus McGhee

**County where offense occurred:** Genesee

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no prior complaint.**
✓ Indictment/____Information --- **based upon prior complaint** [Case number: 25-mj-30768]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 14, 2026
Date

s/Grant Newman

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:   989-895-5790
E-Mail address: Grant.newman@usdoj.gov
Attorney Bar #: P79799

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.